WAYNE K. LEMIEUX (SBN 43501)
STEVEN P. O'NEILL (SBN. 143075)
LEMIEUX & O'NEILL
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: 805/495-4770
Facsimile:  805/495-2787

Attorneys for The City of California City and
The California City Redevelopment Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWARD FITZPATRICK, et al., | **CASE NO. CV-F-96-5411-OWW-SMS** |
| Plaintiffs, | **[Action Filed: April 22, 1996]** |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ORDER FOR MODIFICATION OF LOAN TERMS** |
| CITY OF CALIFORNIA CITY, a California corporation, | |
| Defendant, | **(Document #94)** |
| _____ | |
| THE CITY OF CALIFORNIA CITY REDEVELOPMENT AGENCY, a public Body, corporate and politic, | **Current Date: February 28, 2011**<br>**New Date: March 28, 2011**<br>**Time:   10:00 a.m.**<br>**Courtroom:  3 (OWW)** |
| Intervenor and Defendant. | |

//

//

//

96cv5411.Fitzpatrick.stip_cont_mtn.doc               1

**STIPULATION AND ORDER TO CONTINUE MOTION RE MODIFICATION OF LOAN TERMS**

On or about November 30, 2010, Defendant City of California City filed its Motion for Order for Modification of Loan Terms to be heard January 28, 2011.

On or about December 2, 2010, the court reassigned the case to the Honorable Oliver Wanger, and continued the motion to February 28, 2011.  However, Plaintiff's counsel, Marshall Whitney is involved in two trials through the months of January and February, and requested a continuance of the motion.  Accordingly,

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective attorneys of record, that the hearing on City of California City's Petition for Order for Modification of Loan Terms currently scheduled for February 28, 2011, be continued to **March 28, 2011**, at 10:00 a.m. in Courtroom 3, before the Honorable Oliver W. Wanger.

DATED:  December 21, 2010           LEMIEUX & O'NEILL

**/s/ Steven P. O'Neill**
By _____
STEVEN P. O'NEILL
Attorneys for City of California City


DATED:  December 23, 2010           McCormick, Barstow, Sheppard, Wayte & Carruth

**/s/ Marshall Whitney**
By _____
MARSHALL WHITNEY
Attorneys for Plaintiffs

96cv5411.Fitzpatrick.stip_cont_mtn.doc                      1

**STIPULATION AND ORDER TO CONTINUE MOTION RE MODIFICATION OF LOAN TERMS**

# O R D E R

Good cause having been show,

**IT IS HEREBY ORDERED** that City of California City's Motion for Order for Modification of Loan Terms currently scheduled for February 28, 2010, be continued to **March 28, 2011**, at 10:00 a.m. in Courtroom 3 of the above-entitled court.

All opposing papers and reply papers to follow the new date.

IT IS SO ORDERED.

Dated:   **December 28, 2010**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE