Kimberly Hall Barlow, SBN 149902
James R. Touchstone, SBN 184584
Krista MacNevin Jee, SBN 198650
3777 North Harbor Boulevard
Fullerton, California  92835
Telephone:  (714) 446-1400
Facsimile:   (714) 446-1448
Email: khb@jones-mayer.com; jrt@jones-mayer.com; kmj@jones-mayer.com

Attorneys for the CITY OF CALIFORNIA CITY
and SUCCESSOR AGENCY FOR THE CITY
OF CALIFORNIA CITY REDEVELOPMENT AGENCY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EDWARD FITZPATRICK, et al.,<br><br>Plaintiffs,<br>v.<br>CITY OF CALIFORNIA CITY, et al.,<br><br>Defendant, | Case No.  1:96-CV-05411-AWI-SMS<br><br>**ORDER TO CONTINUE MOTION FOR ENFORCEMENT OF RELIEF AGAINST NON-PARTIES AS TO PRIOR JUDGMENT** |
| CITY OF CALIFORNIA CITY REDEVELOPMENT AGENCY,<br><br>Intervenor and Defendant, | |
| ANA J. MATOSANTOS, in her official capacity as Director of the California Department of Finance; MARY B. BEDARD, in her official capacity as Auditor-Controller for Kern County; DOES 1-20,<br><br>Real Parties In Interest. | |

1
[PROPOSED] ORDER TO CONTINUE MOTION FOR ENFORCEMENT OF RELIEF AGAINST NON-
PARTIES AS TO PRIOR JUDGMENT

**IT IS SO ORDERED**, good causes exists for the hearing on the Motion for Enforcement of Relief Against Non-Parties as to Prior Judgment set for July 15, 2013 at 1:30 p.m. is continued to September 16th, 2013 at 1:30 p.m. in Dept. 2.

IT IS SO ORDERED.

Dated:   June 25, 2013                                    _____
                                                                               SENIOR  DISTRICT  JUDGE