# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY EDWARD FITZPATRICK, et al.,**<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**CITY OF CALIFORNIA CITY, et al.,**<br><br>    **Defendants.** | **CASE NO. 1:96-CV-5411 AWI SMS**<br><br>**ORDER VACATING OCTOBER 21, 2013 HEARING DATE** |
| **CITY OF CALIFORNIA CITY REDEVELOPMENT AGENCY,**<br><br>    **Intervener and Defendant,** | |
| **ANA J. MATOSANTOS, in her official capacity as Director or the California Department of Finance; MARY B. BEDARD, in her official capacity as Auditor-Controller for Kern County DOES 1-20**<br><br>    **Real Parties in Interest.** | |

  Defendant City of California City has filed a motion for enforcement of relief against non-parties as to the judgment in this action. The motion is currently set to be heard on October 21, 2013. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

//

1     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 21, 2013, is VACATED, and the parties shall not appear at that time.  As of October 21, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 18, 2013                      _____
                                                      SENIOR  DISTRICT  JUDGE