UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY EDWARD FITZPATRICK, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**CITY OF CALIFORNIA CITY, et al.,**<br><br>**Defendants** | CASE NO. 1:196-CV-5411 AWI SMS<br><br>ORDER DENYING MOTION IN LIGHT OF AMENDED MOTION<br><br>(Doc. No. 108) |

    On May 29, 2013, Defendants filed a motion to enforce judgment.  <u>See</u> Doc. No. 108.  On August 19, 2013, Defendants filed an amended motion to enforce judgment.  <u>See</u> Doc. No. 119.  This motion amended the May 29 motion to enforce judgment.  <u>See id.</u>  Although the August 19 motion amended the May 29 motion, the Court's docket shows that both motions are pending.  For administrative purposes, the Court will deny the May 29, 2013 motion.  This denial is administrative, is not on the merits, and does not affect in any way the August 19 amended motion.  An order on the August 19 motion will be issued at a later time.

    Accordingly, IT IS HEREBY ORDERED that the May 29, 2013 motion to enforce judgment (Doc. No. 108) is DENIED, as discussed above.

IT IS SO ORDERED.

Dated:   March 28, 2014                                    _____
                                                                       SENIOR  DISTRICT  JUDGE